IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., a Delaware, Corporation, PFIZER IRELAND PHARMACEUTICALS, an Irish Partnership, and WARNER-LAMBERT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JAYANTI NAGAR d/b/a FEEL-AT HOME d/b/a BESTGENERICS.COM<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1219-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## CLERK'S ENTRY OF DEFAULT

And now to wit this **13th** day of **September, 2005**, the Plaintiffs, Pfizer, Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company, LLC., filed an Entry of Default Pursuant To Rule 55(a) against Defendant, Jayanti Nagar d/b/a Feel-At-Home d/b/a Bestgenerics.com (D.I. 9).

It appearing from the Proof of Service Of Process by Email and Affidavit of Ben Galvacky (D.I. 8), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(f)(3) and the above named Defendant has not answered or otherwise moved with respect to the Amended Complaint.

Now therefore, **IT IS ORDERED**, in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiffs and against Defendant, Jayanti Nagar d/b/a Feel-At-Home d/b/a Bestgenerics.com

Peter T. Dalleo, Clerk

By _____
　　Deputy Clerk