IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., a Delaware, Corporation, PFIZER IRELAND PHARMACEUTICALS, an Irish Partnership, and WARNER-LAMBERT COMPANY, LLC, a Delaware Limited Liability Company, : : : : : : : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 04-1219-JJF |
| JAYANTI NAGAR d/b/a FEEL-AT HOME d/b/a BESTGENERICS.COM : : : | |
| Defendant. : | |

**O R D E R**

WHEREAS, a Clerk's Entry Of Default was entered in this matter on September 13, 2005 against Defendants, Jayanti Nagar;

WHEREAS, a motion for judgment has not been filed nor has there been any activity on the docket since the Clerk's Entry Of Default;

NOW THEREFORE, IT IS HEREBY ORDERED that this case will be administratively closed on April 10, 2006, unless counsel submits a letter showing cause why this matter should not be closed.

March 24, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE