IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., a Delaware, : 
Corporation, PFIZER IRELAND :
PHARMACEUTICALS, an Irish :
Partnership, and WARNER-LAMBERT :
COMPANY, LLC, a Delaware :
Limited Liability Company, :
  :
      Plaintiffs, :
  :
v. : Civil Action No. 04-1219-JJF
  :
JAYANTI NAGAR d/b/a :
FEEL-AT HOME d/b/a :
BESTGENERICS.COM :
  :
      Defendant. :

### O R D E R

WHEREAS, a Clerk's Entry Of Default was entered in this matter on September 13, 2005 against Defendants, Jayanti Nagar;

WHEREAS, a motion for judgment has not been filed nor has there been any activity on the docket since the Clerk's Entry Of Default;

NOW THEREFORE, IT IS HEREBY ORDERED that this case will be administratively closed on April 10, 2006, unless counsel submits a letter showing cause why this matter should not be closed.

March 24, 2006
DATE

[signature]
UNITED STATES DISTRICT JUDGE